# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ASHLEY HERRON**                                                                                    **PLAINTIFF**

V.                                    **CASE NO.  3:08CV00031 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed. Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 26th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE